# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Muhammad W.K. Abdul Qadir ,

    Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                          Case No. 3:10CV300

SC Department of Motor Vehicles,
Ann Wicker,
NC Department of Motor Vehicles,
J.F. McHan,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/8/2010 Order.

Signed: July 8, 2010

Frank G. Johns, Clerk
United States District Court