# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10-CV-300

| | |
|---|---|
| MUHAMMAD W. K. ABDUL QADIR, | ) |
| Plaintiff, | ) |
| v. | ) |
| SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES, ANN WICKER, NORTH CAROLINA DEPARTMENT OF MOTOR VEHICLES, and J.F. McHAN, | ) **ORDER** |
| Defendants. | ) |

**THIS MATTER** is before the Court on Plaintiff's Motion to recuse the undersigned (Doc. 12) and Plaintiff's Motion for a hearing (Doc. 13). The Court dismissed this matter on July 8, 2010. (Doc. 8.) Plaintiff's motions, therefore, are **DENIED** as moot.

**IT IS SO ORDERED.**

Signed: August 13, 2010

Graham C. Mullen
United States District Judge

1